SLIP OPINION

Cite as 2017 Ark. 222

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE UPDATED LIST OF ATTORNEYS SUSPENDED FOR FAILURE TO PAY 2017 ANNUAL ATTORNEY-LICENSE FEE | **Opinion Delivered** June 8, 2017 |

## PER CURIAM

On April 21, 2017, we issued an opinion pursuant to Rule VII(C) of the Rules Governing Admission to the Bar identifying attorneys who were suspended from the practice of law in the State of Arkansas due to the failure of those attorneys to pay their 2017 annual attorney-license fees. *See In re Suspension of Attorneys Who Failed to Pay 2017 Annual Attorney-License Fee*, 2017 Ark. 150 (per curiam). Since the issuance of that opinion, some attorneys have been reinstated by becoming current on past-due fees and penalties.

Rule VII(C)(18) requires that we periodically provide an updated list of attorneys suspended for failure to pay annual dues. Attached is an updated list. The attorneys listed in Category 1 have not paid their license fees, have remained suspended for nonpayment, and shall not practice law in this state until they are reinstated to good standing. The attorneys listed in Category 2 were suspended for failure to pay license fees, have become current on the fees and penalties, and are reinstated to their pre-suspension statuses. We caution that placement in Category 2 is proof of good standing only as to payment of license fees.

SLIP OPINION

**Category 1**

**Suspended-license Status**
**Nonpayment of License Fee and Penalties**

**Bar Number: 76002**

Robert D. Alexander, Jr.
St. Job, AR

**Bar Number: 73001**

Helen Wray Anderson
Mt. Pleasant, SC

**Bar Number: 73002**

Joe Brady Anderson
Mt. Pleasant, SC

**Bar Number: 2007226**

Sarah Fisher Baber
Little Rock, AR

**Bar Number: 71006**

Harvey L. Bell
FPO, AP

**Bar Number: 2008287**

Dawn M. Bertram
Bend, OR

**Bar Number: 74161**

John Frederick Bischoff
Apton, MN

**Bar Number: 73010**

Paul Richard Bosson
Hot Springs, AR

**Bar Number: 2011105**

Kelly Beth Bowie
Ashdown, AR

**Bar Number: 2004186**

S. Renee Brida
Surprise, AZ

**Bar Number: 2002025**

F. Paul Bridges
Rogers, AR

**Bar Number: 2001157**

Robert Ray Briggs
Fort Smith, AR

**Bar Number: 2006113**

Evest A. Broussard, III
Baton Rouge, LA

**Bar Number: 90054**

Timothy M. Buckley
Fayetteville, AR

**Bar Number: 74019**

Thomas Alexander Buford
Haynes, AR

**Bar Number: 88078**

Mark Terry Burnette
Little Rock, AR

**Bar Number: 2003173**

Kristin Cordell Camp
Malvern, AR

**Bar Number: 2008089**

Karen Gwinn Clay
Jackson, MS

**Bar Number: 75152**

Eric Scott Clifford
Paris, TX

**Bar Number: 2006147**

Theodore Sizer Cochran
Little Rock, AR

**Bar Number: 86028**

Kevin Eugene Collins
Birmingham, AL

**Bar Number: 85188**

Carl Taft Cone
Statesboro, GA

**Bar Number: 2008086**

Virginia Cooper
Bella Vista, AR

**Bar Number: 2008070**

Aaron Paul Cousins
Rogers, AR

**Bar Number: 2001271**

Jonathan T. Crump
Tupelo, MS

**Bar Number: 81040**

Francis Dorvin Crumpler, Jr.
Denton, TX

**Bar Number: 2013248**

Patrick Ryan Culver
Springdale, AR

SLIP OPINION

## Category 1

### Suspended-license Status
### Nonpayment of License Fee and Penalties

**Bar Number: 2005067**

Tina Marie Damron
Rogers, AR

**Bar Number: 90070**

Dr. Joshua Joy Dara, Sr.
Pineville, LA

**Bar Number: 2000028**

Darrel E. Davis, Jr.
Farmington, AR

**Bar Number: 90223**

Ashley Ross Deer
Leawood, KS

**Bar Number: 2000063**

Samuel J. DeMaio
Dallas, TX

**Bar Number: 98097**

Marcus Christian Devine
Little Rock, AR

**Bar Number: 80176**

Sheryl Dicker
Mamaroneck, NY

**Bar Number: 87053**

James H. Druff
Little Rock, AR

**Bar Number: 89062**

Patricia Ann Eables
Key West, FL

**Bar Number: 2001169**

Mary A. Earl
Little Rock, AR

**Bar Number: 2006128**

Kay Elizabeth Ellington
Dallas, TX

**Bar Number: 85215**

Cynthia Ann Falls
Asheville, NC

**Bar Number: 2004003**

David Bryce Finley
Las Vegas, NV

**Bar Number: 82064**

Davis Geoffrey Fitzhugh
Little Rock, AR

**Bar Number: 95059**

Carla D. Flinn
Bella Vista, AR

**Bar Number: 80045**

Amy Lynne Ford
Little Rock, AR

**Bar Number: 91147**

Sherry C. Furr
North Little Rock, AR

**Bar Number: 2011166**

J. Daniel Gallagher
McAlester, OK

**Bar Number: 89211**

John Downing Garnett
Houston, TX

**Bar Number: 75160**

Joseph Gregory Gerard
Little Rock, AR

**Bar Number: 2014088**

Robert Eugene Goins
Broken Arrow, OK

**Bar Number: 79160**

David Scott Gonzenbach
Atlanta, GA

**Bar Number: 2010143**

Shannon Gene Grant
Jonesboro, AR

**Bar Number: 96117**

Jan Michele England Griffin
Castle Rock, CO

**Bar Number: 2008080**

Crystal S. Halley
Sheridan, AR

**Bar Number: 2006114**

Cyndia M. Hammond
Texarkana, TX

**Bar Number: 87071**

Mildred Havard Hansen
Little Rock, AR

SLIP OPINION

**Category 1**

**Suspended-license Status**
**Nonpayment of License Fee and Penalties**

**Bar Number: 93020**

Regina Haralson
Fairfield Bay, AR

**Bar Number: 81149**

Beverly Stites Jones
Fort Smith, AR

**Bar Number: 91190**

Barbara E. Lingle
Rogers, AR

**Bar Number: 84065**

W. Price Harned
Mountain Home, AR

**Bar Number: 97032**

Glendell Jones, Jr.
Jonesboro, AR

**Bar Number: 85050**

Adele E. Lucas
Fayetteville, AR

**Bar Number: 2008095**

Elizabeth Engelkes Hartz
Little Rock, AR

**Bar Number: 90113**

Tonia Peoples Jones
Little Rock, AR

**Bar Number: 2014021**

Nicholas Russell Lyons
Little Rock, AR

**Bar Number: 2001285**

Dennis Floyd Herring
Shreveport, LA

**Bar Number: 2007302**

Cody D. Katzer
Fayetteville, AR

**Bar Number: 89215**

John Lee Martin
Lampe, MO

**Bar Number: 94114**

David Armstrong Hodges, Jr.
Dallas, TX

**Bar Number: 88124**

Michael J. King
Hot Springs, AR

**Bar Number: 2009038**

Cynthia Grooms Marvin
Little Rock, AR

**Bar Number: 91240**

T. Wesley Holmes
Dallas, TX

**Bar Number: 2009182**

Toni Koehler
Hot Springs, AR

**Bar Number: 2013276**

Danica Eliana Maslov
Oakville, ON

**Bar Number: 2003105**

Deborah Houston
Redfield, AR

**Bar Number: 99034**

Michael Basil Kyriakakis
Harvey, AR

**Bar Number: 73075**

George W. Mason, III
Fayetteville, AR

**Bar Number: 92120**

Joseph Patrick Jaynes
Searcy, AR

**Bar Number: 74095**

John Terry Lee
Siloam Springs, AR

**Bar Number: 97055**

Stephanie L. Mays
Fayetteville, AR

**Bar Number: 2006236**

Cory Marshall Johnson
Corpus Christi, TX

**Bar Number: 2007125**

Randal J. Lee
Linden, TX

**Bar Number: 2008016**

Elizabeth McCandless
Little Rock, AR

SLIP OPINION

## Category 1

### Suspended-license Status
### Nonpayment of License Fee and Penalties

**Bar Number: 2010088**

Andrew J. McEnaney
HOUSTON, TX

**Bar Number: 2013215**

Harold David Nations
Heber Springs, AR

**Bar Number: 2015065**

J. Matthew Reardon
Fayetteville, AR

**Bar Number: 92218**

Mona J. McNutt
Plumerville, AR

**Bar Number: 83138**

Steven Del Oliver
Royal, AR

**Bar Number: 2001057**

Sean Eric Robertson
Bentonville, AR

**Bar Number: 2008033**

Mandy Nicole Meadors
Little Rock, AR

**Bar Number: 2011092**

Matthew Osman
Fennville, MI

**Bar Number: 91025**

Rick M. Rodery
Piggott, AR

**Bar Number: 70049**

Dewey Moore, Jr.
Little Rock, AR

**Bar Number: 2001135**

Steven Ryan Owens
Jonesboro, AR

**Bar Number: 91137**

Gill A. Rogers
Little Rock, AR

**Bar Number: 2012021**

Austin Kyle Morgan
Austin, TX

**Bar Number: 2010117**

James Thomas Perry, Jr.
Houston, TX

**Bar Number: 2014250**

Nicholas J. Ross
Atlanta, TX

**Bar Number: 79216**

Gary Joe Morphew
Little Rock, AR

**Bar Number: 94213**

Donna M. Phillips
Stillwater, OK

**Bar Number: 2016093**

Lauren Carolyn Rotonda
Memphis, TN

**Bar Number: 2003216**

Carmen Marie Mosley-Sims
Little Rock, AR

**Bar Number: 84124**

Mark Allen Plake
Glendale, AZ

**Bar Number: 90124**

Robert A. Russell, Jr.
Little Rock, AR

**Bar Number: 2013219**

Donald Ryan Mullenix
Fayetteville, AR

**Bar Number: 2015141**

Carmen Donielle Pruitt
North Little Rock, AR

**Bar Number: 2002172**

Kevin William Ryan
Conway, AR

**Bar Number: 2004018**

Micah Nail Myhill
Little Rock, AR

**Bar Number: 73097**

Charles Jesse Pugh
Little Rock, AR

**Bar Number: 2001085**

Roman Ashley Shaul
Montgomery, AL

SLIP OPINION

# Category 1

## Suspended-license Status
### Nonpayment of License Fee and Penalties

**Bar Number: 77073**

David Barton Simmons
Little Rock, AR

**Bar Number: 98081**

Bartley Stiers Spung
Montgomery, AL

**Bar Number: 2006327**

Adam M. Vehik
Austin, TX

**Bar Number: 80212**

Richard Stewart Simmons
Whitehouse, TX

**Bar Number: 2011229**

John Edward Steiner
Millville, NJ

**Bar Number: 2005235**

Erik Brett Walker
Austin, TX

**Bar Number: 2006105**

Larry D. Sims, II
Memphis, TN

**Bar Number: 2006011**

Joseph A. Sterle
Texarkana, TX

**Bar Number: 92205**

John David Walt, Jr.
Franklin, TN

**Bar Number: 74182**

Tony R. Skogen
Apo, AE

**Bar Number: 99063**

Scott Anthony Strain
North Little Rock, AR

**Bar Number: 84158**

Paul Joseph Ward
Ann Arbor, MI

**Bar Number: 2006317**

Abigail Fortune Sloan
Chicago, IL

**Bar Number: 81224**

Joseph Post Stringer
Flagstaff, AZ

**Bar Number: 97183**

David Anthony Washnock
Pace, FL

**Bar Number: 2011096**

Angelica R. Smith
Little Rock, AR

**Bar Number: 75178**

Martha Lou Strother
Little Rock, AR

**Bar Number: 2005048**

Vallie J. Wilkerson
Vilonia, AR

**Bar Number: 83165**

Craig T. Smith
Miami Beach, FL

**Bar Number: 2015008**

Eric Paul Studer
Brenham, TX

**Bar Number: 2011273**

Alisha Kay Williams
Fayetteville, AR

**Bar Number: 2006007**

Thomas B. Smith
Fayetteville, AR

**Bar Number: 77138**

R. Keith Vaughan
Jacksonville, AR

**Bar Number: 77143**

J. Gregory Wilson
Little Rock, AR

**Bar Number: 2007233**

Curt Reid Soefker
Memphis, TN

**Bar Number: 2008226**

Jason Lawrence Vaughn
Fort Smith, AR

**Bar Number: 98009**

Stephanie Tyner Winstanley
Little Rock, AR

SLIP OPINION

**Suspended-license Status**
**Nonpayment of License Fee and Penalties**

**Bar Number: 83186**

William Ross Wisely
Hot Springs, AR

**Bar Number: 2010167**

Jonathan Andrew Wright
Lexington, KY

**Bar Number: 2007112**

Steven Wright
Washington, DC

**Total Count: 138**

**Category 2**

**Returned to paid status since the last per curiam
order regarding the status of license fees**

**Bar Number: 83009**
Michael Earl Aud
Destin, FL

**Bar Number: 90209**
Rita F. Bailey
Little Rock, AR

**Bar Number: 99163**
Valerie Thompson Bailey
Little Rock, AR

**Bar Number: 98216**
Catherine Emily Barrier
Little Rock, AR

**Bar Number: 98165**
John William Stokes Bateman
Palm Springs, CA

**Bar Number: 98062**
Jill M. Beall
Morrilton, AR

**Bar Number: 70007**
G. Leroy Blankenship
Batesville, AR

**Bar Number: 79018**
Walter Paul Blume
Little Rock, AR

**Bar Number: 2001160**
Holly Elizabeth Brady
Maumelle, AR

**Bar Number: 70013**
Ronald Lewis Burton
Fayetteville, AR

**Bar Number: 87033**
Carmen Elizabeth Clark
Anchorage, AK

**Bar Number: 2013295**
Brian Alexander Clepp
Boerne, TX

**Bar Number: 90060**
Alan Lynn Cochran
Mesa, AZ

**Bar Number: 82033**
Clifford M. Cole
Piggott, AR

**Bar Number: 2014258**
Derrell A. Coleman
Dallas, TX

**Bar Number: 2005284**
Kellie B. Combs
Washington, DC

**Bar Number: 89027**
Don Lloyd Cook, II
Little Rock, AR

**Bar Number: 98091**
James H. Cooper
Westwood, KS

**Bar Number: 94081**
Mary Virginia Cooper
Dallas, TX

**Bar Number: 2000026**
Michael Richard Cummins
San Luis Obispo, CA

**Bar Number: 2006254**
Benjamin Scott Dickinson
Brentwood, TN

**Bar Number: 2011180**
Jacqueline Cronkhite Dodd
Fort Smith, AR

**Bar Number: 2001035**
Catherine Jeanettia Dolan
Denver, CO

**Bar Number: 91145**
John Arthur Eaves, Jr.
Jackson, MS

**Bar Number: 2003023**
James J. Edwards
Great Neck, NY

**Bar Number: 2014162**
Daniel DeMotte Ford
Little Rock, AR

**Bar Number: 2001263**
Thomas Phillip Germeroth
Clayton, MO

**Bar Number: 2008053**
Aaron C. Gimblet
North Little Rock, AR

**Bar Number: 2006276**
Leah Golden
Texarkana, TX

**Bar Number: 90105**
Gena A. Gregory
Little Rock, AR

**Category 2**

**Returned to paid status since the last per curiam
order regarding the status of license fees**

**Bar Number: 2011007**
Jerry Elizabeth Erzsebet Griffith
Fayetteville, AR

**Bar Number: 2005111**
Larry E. Jones
Coppell, TX

**Bar Number: 84102**
Hiram McBeth, III
Pine Bluff, AR

**Bar Number: 2003107**
Gary Shaun Hair, Jr.
Anthem, AZ

**Bar Number: 94200**
Matthew Ridgway Jones
Little Rock, AR

**Bar Number: 92098**
Betsy Meacham
Little Rock, AR

**Bar Number: 2000089**
Kelly Hopkins Halstead
El Dorado, AR

**Bar Number: 2003217**
Elizabeth Jane LaRue-Grigg
Little Rock, AR

**Bar Number: 2010133**
Ian Mensik
Little Rock, AR

**Bar Number: 97100**
Charles S. Harmon
Sherwood, AR

**Bar Number: 99107**
Chester Harris Lauck, III
Little Rock, AR

**Bar Number: 2005095**
Brian L. Mincher
Dallas, TX

**Bar Number: 68022**
John Trenton Harmon
Conway, AR

**Bar Number: 2002150**
Patrick Lewis
Bentonville, AR

**Bar Number: 89143**
David Franklyn Morehead
Pine Bluff, AR

**Bar Number: 93230**
Rita Lynn Reed Harris
Forrest City, AR

**Bar Number: 2006323**
Stephen Matthew Lunde
Jonesboro, AR

**Bar Number: 70050**
Robert F. Morehead
Pine Bluff, AR

**Bar Number: 88006**
Karen Wadley Hathaway
MAUMELLE, AR

**Bar Number: 77085**
Nancy Jane Mahler
Little Rock, AR

**Bar Number: 99017**
Shawn Montgomery Morgan
Texarkana, TX

**Bar Number: 88111**
Michael Lwayne Hoyle
Riverside, NJ

**Bar Number: 2015041**
Jonathan Phillip Martin
Lake Mary, FL

**Bar Number: 2005117**
Michael Scott Nichols
Springfield, MO

**Bar Number: 2000091**
Onita Carol Johnson
Hot Springs, AR

**Bar Number: 2009062**
Rhett Preston Martin
Washington, DC

**Bar Number: 83139**
Kenneth A. Olsen
Bryant, AR

**Bar Number: 92249**
Thomas Henry Johnson
Frisco, TX

**Bar Number: 98104**
Monica Lee Mason
Sherwood, AR

**Bar Number: 2014001**
Neil A. Outar
Little Rock, AR

**Category 2**

**Returned to paid status since the last per curiam
order regarding the status of license fees**

**Bar Number: 2000007**
Claudia L. Parks-Miller
Roland, AR

**Bar Number: 78126**
Gary Don Person
Bella Vista, AR

**Bar Number: 91213**
Jason Douglas Prather
Little Rock, AR

**Bar Number: 85205**
Michael F. Rafferty
Memphis, TN

**Bar Number: 2012002**
Amy Michelle Reynolds
Hot Springs, AR

**Bar Number: 2009273**
Robert Scott Ruppe
Menifee, CA

**Bar Number: 2002047**
Jennifer P. Sanders
Plano, TX

**Bar Number: 2000146**
Cynthia M. Scharlau
Ft. Smith, AR

**Bar Number: 99065**
A. Jonathan Schwartz
Las Vegas, NV

**Bar Number: 82210**
Cecilia Ryker Seay
Fayetteville, AR

**Bar Number: 83231**
Darrell Rex Taylor
McLean, VA

**Bar Number: 93080**
Gregory D. Taylor
Benton, AR

**Bar Number: 89088**
John Louis Tidwell
New Boston, TX

**Bar Number: 96052**
J. F. Valley
Helena-West Helena, AR

**Bar Number: 2001284**
Janae D. Walker
Woburn, MA

**Bar Number: 2003106**
Jonathan Allen Weems
Marion, AR

**Bar Number: 2011235**
Wesley DeWayne Whitmore
Fayetteville, AR

**Bar Number: 87191**
Timothy Lee Williamson
Mena, AR

**Bar Number: 2006110**
Garrett Wayne Wilson
Houston, TX

**Bar Number: 2010048**
Jessica Sharlette Yarbrough
Pine Bluff, AR

**Total Count: 80**